IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DIANE COMBS                                                                                          PLAINTIFF

v.                            CASE NO. 3:10CV00145-JTK

MICHAEL J. ASTRUE,
Commissioner, Social Security Administration                         DEFENDANT

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case without prejudice to Plaintiff's subsequent filing for attorney's fees under the Equal Access to Justice Act. This is a "sentence four" remand.

IT IS SO ORDERED this 16th day of December, 2010.

_____
UNITED STATES MAGISTRATE JUDGE