IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DIANE COMBS                                                                               PLAINTIFF

v.                                    CASE NO. 3:10CV00145-JTK

MICHAEL J. ASTRUE,
*Commissioner*, Social Security Administration                              DEFENDANT

### **ORDER**

On December 16, 2010, the Court entered an Order and accompanying Judgment granting the Commissioner's unopposed motion to remand this case pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. Nos. 15 and 16) Plaintiff has filed a motion for attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. (Doc. No. 17) She seeks total compensation for fees and expenses in the amount of $1636.62 for 7.20 hours of attorney work at $175.00 per hour, 4.80 hours of paralegal work at $75.00 per hour, and $16.62 in expenses—all incurred in 2010. *Id.* The Commissioner does not object to the number of hours or the hourly rate submitted by Plaintiff. (Doc. No. 19) Accordingly, the Court grants Plaintiff compensation for 7.20 hours of attorney work at $175.00 per hour, 4.80 hours of paralegal work at $75.00 per hour, and $16.62 in expenses for a total of $1636.62. *See Astrue v. Ratliff*, 130 S. Ct. 2521 (2010) (EAJA fees are payable to plaintiff, not plaintiff's attorney, and such fees are subject to an offset when the plaintiff has outstanding federal debts).

IT IS THEREFORE ORDERED that Plaintiff is awarded fees and expenses in the amount of $1636.62.

DATED this 3rd day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE